IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HUNTER TODD, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0746-WS-N |
| ALABAMA POWER, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

DONE this 1st day of March, 2010.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE